UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00409(1)-DAE |
| | § | |
| (1) Arturo Vasquez De La Sancha | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 10, 2026, wherein the defendant Vasquez De La Sancha waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Vasquez De La Sancha to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Vasquez De La Sancha's plea of guilty to Count One of the Information is accepted.

Signed this 10th day of August, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE